# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SHARON GRAY**

    vs.                      **CASE NUMBER: 6:06-CV-0456 (NAM)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; Plaintiff's motion for attorney's fees is granted in the amount of 7,062.97, with the award to be made payable to plaintiff's counsel.

All of the above pursuant to the order of the Honorable Judge Mordue, dated the 16th day of March, 2010.

DATED: March 16, 2010

                                                      Clerk of Court

                                                      s/
                                                      Donna Francisco
                                                      Deputy Clerk